| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **David A. Floyd** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | **Deborah Faye Floyd** | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF ALABAMA | |
| Case number (if known) | **19-10726** | ☐ Check if this is an amended filing |

Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7      12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **BANK OF BREWTON**<br><br>Description of property securing debt: **2nd mtg-Res. & 8.5 acres @ 6855 Angus Ln, Molino, Escambia Cnty, FL & 20.06 acres on Angus Ln, Molino, Escambia Cnty, FL, & 1st mtg-2140 Douglas Ave, Brewton, Escambia Cnty, AL** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Reaffirmation subject to agreeable terms.** | ☐ No<br>■ Yes |
| Creditor's name: **BANK OF BREWTON**<br><br>Description of property securing debt: **2nd mtg-Res. & 8.5 acres @ 6855 Angus Ln, Molino, Escambia Cnty, FL & 20.06 acres on Angus Ln, Molino, Escambia Cnty, FL, & 1st mtg-2140 Douglas Ave, Brewton, Escambia Cnty, AL** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Reaffirmation subject to agreeable terms.** | ☐ No<br>■ Yes |

| | | | |
|---|---|---|---|
| Debtor 1 | **David A. Floyd** | | |
| Debtor 2 | **Deborah Faye Floyd** | Case number (*if known*) | **19-10726** |

| Creditor's name: | **BAYVIEW LOAN SERVICING** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Residence & 8.5 acres @ 6855 Angus Lane Molino, FL 32577 Escambia County Parcel #313N314100091003** | | |
| Creditor's name: | **CENTRAL CREDIT UNION** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | **2016 Ford F-250 Super Duty 4x4 159,000 miles Trim Level: Lariat Style: Crew Cab Pickup (4-Door) Engine: 6.7L V8 OHV 16V DIESEL VIN: 1FT7W2BT8GEB66991 (Lien: Central Credit Union)** | | |
| Creditor's name: | **CENTRAL CREDIT UNION OF FLORIDA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | **2010 Mercedes Benz E-Class 161,000 miles Trim Level: E350 Style: Sedan (4-Door) Engine: 3.5L V6 DOHC 24V VIN: WDDHF5GB0AA059847 (Lien: Central Credit Union of Florida)** | | |
| Creditor's name: | **JOHN DEERE CREDIT** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | **(1) John Deere 5075E Cab Tractor w/ bushhog** | | |
| Creditor's name: | **SMITH, BETTYE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | **20.06 acres of unimproved acreage on Angus Lane Molino, FL 32577 Escambia County (contigous to Debtors' homestead) Parcel #313N313203001001** | | |

**Part 2: List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill**

| Debtor 1 | **David A. Floyd** | Case number *(if known)* | **19-10726** |
|---|---|---|---|
| Debtor 2 | **Deborah Faye Floyd** | | |

in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

| Debtor 1 | **David A. Floyd** | | |
|---|---|---|---|
| Debtor 2 | **Deborah Faye Floyd** | Case number (*if known*) | **19-10726** |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ David A. Floyd**  
**David A. Floyd**  
Signature of Debtor 1

Date **May 1, 2020**

X **/s/ Deborah Faye Floyd**  
**Deborah Faye Floyd**  
Signature of Debtor 2

Date **May 1, 2020**